18714. ATLANTA PAPER COMPANY *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO.

DUCKWORTH, Chief Justice. 1. Where, as here, the petitioner, a nonresident railroad, brought an action ex contractu against a resident of this State for the collection of freight charges owing the petitioner, and by cross-action the defendant set off an action ex delicto for negligence, a court of equity will take jurisdiction thereof, under Code § 37-308, and this court has jurisdiction of the writ of error from the lower court. See *Hecht* v. *Snook & Austin Furniture Co.,* 114 *Ga.* 921 (41 S. E. 74) ; *Jacksonville Paper Co.* v. *Owen,* 193 *Ga.* 23 (17 S. E. 2d 76).

2. However, where the cross-action prays for damages in a stated amount against the railroad for the alleged failure to notify the consignor within a reasonable time that the consignee had failed to pay the freight charges, resulting in other goods being shipped and the alleged loss of the consignor's accounts due to a petition in bankruptcy being filed against the consignee, the cross-action fails to allege any negligence or violation of any duty of the railroad which caused the loss of the consignor's accounts due to the consignee becoming insolvent and a bankrupt, and the court did not err in sustaining the demurrer thereto and in dismissing the same.

*Judgment affirmed. All the Justices concur.*

SUBMITTED SEPTEMBER 17, 1954—DECIDED OCTOBER 14, 1954—
REHEARING DENIED NOVEMBER 10, 1954.

*Smith, Kilpatrick, Cody, Rogers & McClatchey, Sidney Haskins,* for plaintiff in error.

*Marshall, Greene & Neely, Burt DeRieux,* contra.